UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC<br><br>VERSUS<br><br>M/V CHEMBULK WESTPORT, her engines, tackle, apparel, bunkers, etc., *in rem*; MI-DAS LINE, SA; M.T.M. SHIP MANAGEMENT PTE LTD; and CHEMBULK MANAGEMENT, LLC | CIVIL ACTION<br><br>NO.<br><br>JUDGE<br><br>MAGISTRATE JUDGE |

## VERIFIED COMPLAINT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, comes plaintiff, Marquette Transportation Company Gulf-Inland, LLC ("Marquette"), and for its Verified Complaint against defendant, M/V CHEMBLULK WESTPORT, *in rem*, MI-DAS Line SA, M.T.M. Ship Management Pte. Ltd., and Chembulk Management LLC, stating an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, respectfully represents upon information and belief as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Rule C of the Federal Rules of Civil Procedure. Jurisdiction is based on 28 U.S.C. §1333.

2.

Plaintiff, Marquette, is a Delaware limited liability company, having its principal place of business in Paducah, Kentucky, and is the owner and/or operator of the M/T KRISTIN ALEXIS.

3.

Defendant, M/V CHEMBULK WESTPORT, *in rem* (at times the "Vessel"), is, upon information and belief, a foreign flagged vessel which is and was at all relevant times engaged in maritime commerce in the waters of the United States and/or the U.S. Gulf of Mexico.

4.

Defendant, MI-DAS Line SA, is, upon information and belief, a foreign company which at all relevant times was the owner and/or operator of M/V CHEMBULK WESTPORT.

5.

Defendant, Chembulk Management LLC, is, upon information and belief, a United States limited liability company which at all relevant times was the owner and/or operator of M/V CHEMBULK WESTPORT.

6.

Defendant, M.T.M. Ship Management Pte. Ltd., is, upon information and belief, a foreign company which at all relevant times was the owner and/or operator of M/V CHEMBULK WESTPORT.

7.

On or about October 22, 2013, M/V CHEMBULK WESTPORT was underway, navigating downbound in the Mississippi River. At approximately 0930, while transiting the New Orleans harbor, CHEMBULK WESTPORT passed the moored T/B KRISTIN ALEXIS

close and at a high rate of speed. CHEMBULK WESTPORT's wake flooded KRISTIN ALEXIS and caused her to capsize next to the dock.

8.

As result of the aforesaid casualty, plaintiffs have sustained damages to KRISTIN ALEXIS, together with loss of use, survey and salvage fees, and other expenses presently estimated at $1,200,000.00, not including attorneys' fees, interest, and costs, all of which are claimed and demanded as recoverable damages in this Complaint.

9.

The damage resulting from this incident was not caused or contributed to by any fault or negligence by the navigators of KRISTIN ALEXIS, but was caused by the negligence of the navigators of CHEMBULK WESTPORT properly to navigate and control their ship, and the unseaworthiness of CHEMBULK WESTPORT, for all of which MI-DAS Line SA, M.T.M. Ship Management Pte. Ltd., and Chembulk Management LLC are responsible.

10.

Under United States general maritime law, Marquette has a maritime lien on the M/V CHEMBULK WESTPORT, that was impressed upon her at the time of this incident, for the entire amount owed to Marquette of $1,200,000.00, or such greater amount as will be proven at trial, plus interest, costs and attorney's fees.

11.

Upon information and belief, the M/V CHEMBULK WESTPORT is presently, or will during the pendency of this action be, on the navigable waters of the United States within the jurisdiction of this Honorable Court, and is subject to arrest pursuant to Rule C of the

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, to enforce Marquette's maritime lien on the Vessel.

12.

All and singular, the foregoing is true and correct and within the admiralty and maritime jurisdiction of this Honorable Court.

13.

Plaintiff, Marquette, reserves the right to supplement and amend this Verified Complaint as necessary and appropriate through the discovery of additional information relevant hereto.

WHEREFORE, plaintiff, Marquette Transportation Company Gulf-Inland, LLC, prays:

1.  That process issue from this Honorable Court in proper form instructing the United States Marshal for this District to issue and effect a warrant for arrest of the M/V CHEMBULK WESTPORT, *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

2.  That the United States Marshal for this District arrest the said Vessel and maintain custody over the Vessel until such time as claimant thereto posts security sufficient in form and amount to secure plaintiff's claims herein;

3.  That those claiming an interest in the said Vessel be required to file a claim to the said Vessel and answer, all and singular, the allegations of this Verified Complaint;

4.  That after further proceedings be had, judgment be entered herein in favor of the plaintiff and against the M/V CHEMBULK WESTPORT, *in rem*, in the amount of $1,200,000.00, plus accrued interest, costs, attorney's fees and all such other sums to which plaintiff is entitled as will be proven at the trial of this matter;

5.  That after further proceedings, the M/V CHEMBULK WESTPORT be

condemned and sold to satisfy the claims asserted herein by plaintiff, or, alternatively, that plaintiff have satisfaction of its claim out of the security, if any, posted to secure the Vessel's release; and

6. For all such other and further relief that law, justice, equity and the nature of this case will allow.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Evans Martin McLeod (Bar #24846)
Kevin J. LaVie (Bar #14125)
Raymond T. Waid (Bar #31351)
David I. Clay, II (Bar #33776)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mcleodm@phelps.com
waidr@phelps.com
clayt@phelps.com

ATTORNEYS FOR MARQUETTE
TRANSPORTATION COMPANY GULF-
INLAND LLC.

**PLEASE ISSUE A WARRANT OF ARREST
AGAINST THE M/V CHEMBULK WESTPORT, AND
SERVE THE SAID WARRANT ON THE MASTER
OF THE M/V CHEMBULK WESTPORT, PRESENTLY
UNDERWAY IN THE MISSISSIPPI RIVER WITHIN THE JURISDICTION OF THIS
HONORABLE COURT**

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, a notary public duly commissioned and qualified, personally came and appeared

RAYMOND T. WAID

who, after being duly sworn, did depose and say that:

1. He is an attorney at law and is a member of the firm Phelps Dunbar LLP, attorneys for Plaintiff, Marquette Transportation Company, LLC;

2. That he has read the allegations of the foregoing Complaint and knows the contents thereof, and that the same are true and correct to the best of his knowledge, information and belief, that being information received from his client, Marquette Transportation Company, LLC, and through other sources;

3. The reason he makes this Verification, which he is authorized to do, is due to the exigencies of the circumstances.

_____
RAYMOND T. WAID

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 22nd DAY
OF October, 2013

_____
NOTARY PUBLIC
My Commission Expires: at death

Meredith W. Blanque
Attorney at Law & Notary Public
Parish of Orleans, State of Louisiana
Louisiana Bar Roll No. 32346
Notarial Commission is for Life

6