# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marquette Transportation Company LLC | 13-06216 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V Chembulk Westport, Mi-Das Line SA, MTM Ship Management, William W. Blevins | WARRANT OF ARREST By-Hand |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: M/V Chembulk Westport
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Underway

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Raymond T. Waid
Phelps Dunbar LLP
365 Canal Street, Ste 2000
New Orleans, LA 70130

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please call Dennis at 259-5824

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 504 679 5509 / 504 444 1491
DATE: Oct 22, 2013

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk: Vita Jones | Date 10/22/13 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): CAPTAIN TUN ZAW

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 10/23/13  Time: 6:30 ☒ pm

Signature of U.S. Marshal or Deputy: Bria Charter-CDUSM

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55.00 | $85.88 | | $141.68 | | |

REMARKS: 80¢ for copies

M-14-D34-000005

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**RETURN**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND LLC | WARRANT OF ARREST |
| VS. | CIVIL ACTION |
| M/V CHEMBULK WESTPORT, her engines, tackle, apparel, bunkers, etc., in rem; MI-DAS LINE SA; M.T.M. SHIP MANAGEMENT PTE LTD; and CHEMBULK MANAGEMENT LLC | NO: 13-6216 |
| | SECTION: A (4) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Eastern District of Louisiana, or to his lawful Deputy:

GREETING:

You are hereby Commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to wit:

M/V CHEMBULK WESTPORT, her engines, rigging, bunkers, tackle, equipment, furnishings and fixtures

and how you have executed this warrant that you make due and prompt return.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.



WITNESS, THE HONORABLE JUDGES OF THIS COURT,

at New Orleans, Louisiana, this 22 day of October, 2013

WILLIAM W. BLEVINS, CLERK

By: _____
    Deputy Clerk

NOTE:   Rule C(6) of the SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS provides that a person who asserts a right of possession or any ownership interest in the property that is the subject of this action must file a verified statement of right or interest within 14 days after the process has been executed or within such other time as the court allows and shall file an answer within 21 days after filing the statement of interest or right. The statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action. An agent, bailee or attorney must state the authority to file the statement of right or interest on behalf of another. At the time of answering the complaint, the claimant must also serve answers to any interrogatories served with the complaint

ISSUED FOR:   Evans Martin McLeod, Phelps Dunbar LLP
Canal Place, 365 Canal Street, Suite 2000
New Orleans, LA 70130
504-566-1311