UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND LLC | * | CIVIL ACTION |
| VERSUS | * | NO. 13-6216 |
| M/V CHEMBULK WESTPORT, ET AL | * | SECTION "A" (4) |
| *   *   *   *   *   *   * * | | JUDGE ZAINEY<br>MAG. ROBY |

## VERIFIED STATEMENT OF RIGHT OR INTEREST

**NOW INTO COURT**, through undersigned counsel, comes Mi-Das Line S.A. and, pursuant to Rule C(6)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, states that its interest in the M/T CHEMBULK WESTPORT, which was arrested in the captioned litigation, is that it is now and was on 22 October 2013 the owner of the M/T CHEMBULK WESTPORT.

**WHEREFORE**, Mi-Das Line S.A. submits this Verified Statement of Right or Interest and intends to defend the M/T CHEMBULK WESTPORT, *in rem*, in these proceedings.

Respectfully submitted

MURPHY, ROGERS, SLOSS & GAMBEL

/s/ *Robert H. Murphy*

Robert H. Murphy (#9850)
rmurphy@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
Hansford P. Wogan (#34825)
fwogan@mrsnola.com
701 Poydras Street
400 One Shell Square
New Orleans, LA  70139
Telephone:  (504) 523-0400
Facsimile:  (504) 523-5574
Attorneys for Mi-Das Line S.A.,

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that 23 December 2013, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

/s/ *Robert H. Murphy*

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND LLC | * | CIVIL ACTION |
| VERSUS | * | NO. 13-6216 |
| M/V CHEMBULK WESTPORT, ET AL | * | SECTION "A" (4) |
| *   *   *   *   *   *   *   * | | JUDGE ZAINEY<br>MAG. ROBY |

## VERIFICATION

I, Robert H. Murphy, am the attorney of record for Mi-Das Line S.A. in the captioned litigation and verify under oath that I have been authorized by Mi-Das Line S.A., in an email dated 22 December 2013, to file on its behalf the attached Verified Statement of Right or Interest, acknowledging that Mi-Das Line S.A. is now and was on 22 October 2013 the owner of the *in rem* defendant, the M/T CHEMBULK WESTPORT.

This 23rd day of December, 2013.

_____
ROBERT H. MURPHY

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 23rd DAY
OF DECEMBER, 2013.

_____
NOTARY PUBLIC

Peter B. Sloss
(La. Bar # 17142 )
My Commission is For Life