## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND LLC** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 13-6216** |
| **M/V CHEMBULK WESTPORT, ET AL** | * | **SECTION "A" (4)** |
| *   *   *   *   *   *   *   * | * | **JUDGE ZAINEY**<br>**MAG. ROBY** |

## <u>ANSWER OF CHEMBULK MANAGEMENT LLC</u>

**NOW INTO COURT**, through undersigned counsel, comes Chembulk Management, LLC, to Answer the Complaint of Marquette Transportation Company Gulf-Inland, LLC ("Marquette"), respectfully representing on information and belief:

### <u>FIRST DEFENSE</u>

Marquette's Complaint fails to state a claim against Chembulk Management, LLC upon which relief can be granted.

### <u>SECOND DEFENSE</u>

Chembulk Management, LLC maintains that at no time was it or any of its employees or representatives in any way negligent or at fault in causing the incident involving the KRISTIN ALEXIS on 22 October 2013 and, if any party was negligent or

1

at fault in causing this incident and Marquette's alleged damages, it was a party for whom

Chembulk Management, LLC is not responsible

## THIRD DEFENSE

Chembulk Management, LLC alleges that if Marquette sustained any damages in

the manner alleged in the Complaint, which is specifically denied, then the incident

complained of, and any associated damages were solely caused or contributed to by

Marquette's own negligence, fault and/or lack of due care, and/or the unseaworthiness of

its vessel, the KRISTIN ALEXIS, and/or the negligence, fault or lack of due care of the

KRISTIN ALEXIS' crew and/or management.  Chembulk Management, LLC

specifically pleads the defense of comparative negligence.

## FOURTH DEFENSE

And now, answering the specific allegations of Maquette's Complaint, Chembulk

Management, LLC:

Admits Article 1;

Denies Article 2 for lack of sufficient information to justify a belief;

Denies Article 3, except it admits that M/T CHEMBULK WESTPORT is a

foreign flag vessel;

Denies Article 4, except it admits Mi-Das Line SA is a foreign company which is

believed to have been the owner of the M/T CHEMBULK WESTPORT in October 2013;

2

Denies Article 5, except it admits that Chembulk Management, LLC is a limited liability company;

Denies Article 6;

Denies Articles 7, 8, 9, 10, and 11 for lack of sufficient information to justify a belief; and

Denies Articles 12 and 13.

## FIFTH DEFENSE

Chembulk Management, LLC maintains that Marquette did not take the proper steps to make the KRISTIN ALEXIS in all respects seaworthy and failed to comply with applicable safety rules.

## SIXTH DEFENSE

Chembulk Management, LLC contends that Marquette failed to mitigate its alleged damages and Marquette is placed on full proof of the fairness and reasonable of the steps, if any, taken to minimize its alleged damages.

**WHEREFORE**, Defendant, Chembulk Management, LLC, prays:

1)      That its Answer be deemed good and sufficient;

2)      That after due proceedings, said suit against Chembulk Management, LLC be dismissed, with prejudice, at Marquette's costs;

3)      For all other general and equitable relief as the law and nature of the case may allow.

Respectfully submitted

MURPHY, ROGERS, SLOSS & GAMBEL


/s/ *Robert H. Murphy*
_____
Robert H. Murphy (#9850)
rmurphy@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
Hansford P. Wogan (#34825)
fwogan@mrsnola.com
701 Poydras Street
400 One Shell Square
New Orleans, LA   70139
Telephone:  (504) 523-0400
Facsimile:  (504) 523-5574
*Attorneys for Defendant, Chembulk*
*Management, LLC*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that 23 June 2014, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

/s/ *Robert H. Murphy*
_____

300/4672