| | |
|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, L.L.C.**<br><br>**VERSUS**<br><br>**M/V CHEMBULK WESTPORT,** *et al.* | **CIVIL ACTION**<br><br>**NO. 2:13-cv-06216-JCZ-KWR**<br><br>**SECTION "A" (4)**<br><br>**JUDGE ZAINEY**<br><br>**MAGISTRATE JUDGE ROBY** |

## THIRD PARTY DEFENDANT WEEKS MARINE INC.'S MOTION TO CONSOLIDATE

**NOW INTO COURT,** through undersigned counsel, comes Defendant Weeks Marine, Inc., who moves to consolidate the instant litigation with Civil Action No. 2:14-cv-02071, pursuant to Federal Rule of Civil Procedure 42(a)(2), all for the reasons fully set forth in the attached *Memorandum in Support of Third Party Defendant Weeks Marine, Inc.'s Motion to Consolidate*.

Respectfully submitted on October 14, 2014.

                WAITS, EMMETT, POPP & TEICH, L.L.C.

                s/Matthew F. Popp
                MATTHEW F. POPP  (24608)  T.A.
                RANDOLPH J. WAITS  (13157)
                JOHN F. EMMETT  (1861)
                JORDAN N. TEICH  (32254)
                MARK A. HILL  (33891)
                1515 Poydras Street, Suite 1950
                New Orleans, Louisiana  70112
                Telephone:  (504) 581-1301
                Facsimile:   (504) 585-1796
                E-mail:         mpopp@wep-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

I hereby certify that a copy of the attached pleading has been sent to W. Taylor Hale, Steven W. Hale & Associates, Inc., APLC, who identified himself as counsel for Adam Verdin in Civil Action No. 2:14-cv-02071.

s/Matthew F. Popp