UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARQUETTE TRANSPORTATION CO.            CIVIL ACTION

VERSUS                                  NO: 13-6216 C/W 14-2071

CHEMBULK WESTPORT M/V, ET AL.           SECTION: "A" (4)

### ORDER AND REASONS

Before the Court is an **Objection to Magistrate Judge's Order (Rec. Doc. 50)** filed by defendant Chembulk Management, LLC. Limitation Plaintiff Marquette Transportation Co. Gulf-Inland, LLC opposes the motion. The motion, scheduled for submission on January 14, 2015, is before the Court on the briefs without oral argument.

Chembulk Management challenges the magistrate judge's December 3, 2014 Order compelling Chembulk to respond to Marquette Transportation's discovery. Chembulk's argument challenges the narrow interpretation that the magistrate judge gave to the limitation injunction issued in the consolidated case.

The Court considers Chembulk's challenges to the ruling in the context of Rule 72 which requires the Court to modify or set aside any part of an order that is clearly erroneous or contrary to law.  Fed. R. Civ. Pro. 72(a); 28 U.S.C. § 636(b)(1)(A). Chembulk has not demonstrated that Magistrate Judge Roby's ruling was clearly erroneous or contrary to law.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Objection to Magistrate Judge's Order (Rec. Doc. 50)** filed by defendant Chembulk Management, LLC is **DENIED.**

January 29, 2015

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

1