May 6, 2015

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUETTE TRANSPORTATION CO. | CIVIL ACTION |
| VERSUS | NO. 13-6216 C/W<br>14-2071 |
| M/V CHEMBULK WESTPORT, LLC, ET AL. | SECTION "A"(4) |

### ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date of the motion.  No memoranda in opposition to Defendant's **Motion for Summary Judgment (Rec. Doc. 67)**, submitted for consideration on May 6, 2015, has been submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

    Accordingly;

    **IT IS ORDERED** that defendant Chembulk Management, LLC's **Motion for Summary Judgment (Rec. Doc. 67) is GRANTED** and all claims are dismissed as to this defendant.

                      * * * * * * *

*[signature: Jay C. Zainey]*