UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARQUETTE TRANSPORTATION** * | | **CIVIL ACTION** |
| **COMPANY GULF-INLAND L.L.C.** * | | |
| * | | **NO. 2:13-cv-06216** |
| **VERSUS** * | | **c/w 2:14-cv-02071** |
| * | | |
| **M/V CHEMBULK WESTPORT, ET AL** * | | **SECTION "A" (4)** |
| * | | |
| **APPLIES TO ALL CASES** * | | **JUDGE ZAINEY** |
| * | | |
| * | | **MAG ROBY** |

\* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Joint Motion to Extend Mi-Das Line, S.A. and Weeks Marine, Inc.'s Expert Report Deadline as to the Claims Asserted by Marquette Transportation Company Gulf-Inland, LLC,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants, Mi-Das Line S.A. and Weeks Marine, Inc.'s, Expert Report Deadline as to the claims of Plaintiff, Marquette Transportation Company Gulf-Inland, LLC, be extended to Monday, 21 September 2015. All other expert report deadlines in this case remain the same.

Thus done and signed in chambers in New Orleans, Louisiana on this __8th__ day of September, 2015.

_____
HON. JUDGE JAY C. ZAINEY